■ In the Matter of JAY A. WALLMAN, a Suspended Attorney, and ALAN L. WECHSLER (admitted as ALAN LEWIS WECHSLER), a Disbarred Attorney. [702 NYS2d 804] —Motion for clarification granted, as indicated. No opinion. Concur—Tom, J. P., Andrias, Saxe, Buckley and Friedman, JJ.